CALVIN JAMES
VS.
CHATHAM COUNTY JAIL          CV421-284

"COMPLAINT"

CLERK SO. DIST. OF GA. 2021 OCT -1 P 2:09 FILED U.S. DISTRICT COURT SAVANNAH DIV.

I.) HAVE YOU BEGUN d CLAIMS with the SAME FACTS OF THIS ONE? NO

IV.) PARTIES:
A) PLAINTIFF: CALVIN JAMES #22715-021
Address: FCC COLEMAN USP-1
P.O. BOX 1033 Coleman, FLORIDA 33521

B) DEFENDANTS: Chatham County JAIL
ADDRESS: 1050 CARL GRIFFIN DRIVE
SAVANNAH, GEORGIA 31405

## III.) FACTS OF CLAIM

1.) While housed in Chatham County Jail in Unit 7B in 2019 I was escorted and detained in "2D" Seg./Lockdown Unit for no reason or any involvement in a incident for more than several days.

2.) While housed in Chatham County Jail in Unit 9B in 2019 I was detained than escorted to "2D" Segregation/Lockdown Unit for no reason or any involvement in a incident for several days plus.

## IV.) "RELIEF"

$700,000 ((Seven Hundred Thousand Dollars)) and Suspension 120 days for officers involved.
- For wrongful confinement and cruel and ~~unsual~~ unusual punishment.

Signed, Calvin James
CALVIN JAMES

CALVIN JAMES #22715-021
FEDERAL CORRECTIONAL COMPLEX COLEMAN USP-1
P.O. BOX 1033
COLEMAN, FLORIDA 33521

"LEGAL"

31401-372277

TAMPA FL 335
SAINT PETERSBURG FL
29 SEP 2021 PM 7 L

RECEIVED
U.S. Marshal's Service
Savannah, Georgia

TOMOCHICHI UNITED STATES COURT
U.S. DISTRICT COURT
OFFICE OF THE CLERK
125 BULL STREET
SAVANNAH, GEORGIA 31401